CHARLES D. EVERETT, Respondent, v. VIRGIL L. WINNIE et al., Appellants.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.